United States District Court for the District of Columbia

333 Constitution Avenue, NW
Washington, DC 20001

)
)                         Case: 1:25−cv−03002
)                         Assigned To : Lamberth, Royce C.
)                         Assign. Date : 9/4/2025
)                         Description: Pro Se Gen. Civ. (F−DECK)
)

**Plaintiff**                )        **COMPLAINT**

**Primary Physical Address:**

Brandon Hart
1460 Broadway
New York, NY 10036
917-690-7383
Bdhart642@gmail.com


**Mailing Address:**

Brandon Hart
3014 Hope Valley Road
Durham, NC 27707


**VS.**

**Defendant One**
Central Intelligence Agency
Washington, D.C. 20505


**Defendant Two**
United States
In care of:
Office of the Attorney General for the District of Columbia
441 4th Street, NW
Suite 1100 South
Washington, DC 20001


RECEIVED
SEP 04 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# Opening Statement:

**THIS MATTER is between the Plaintiff, Brandon Hart and the CIA**, , and I am suing all of the defendants under the Federal Tort Claims Act, FTCA, 28 U.S.C. §§ 2671-2680, and Not Providing an accurate FOIA response.

# OUTLINE OF COMPLAINT

1. Premise of why Brandon Hart is suing the CIA.
2. Case Law Supporting Lawsuit
3. Case Law Showing Brandon Hart does not have to provide a full case prior to being in court.  Discovery will provide more evidence, and I don't want to disclose to much evidence as I know it potentially can be covered up prior to discovery.
4. Relief in Monetary Damages Brandon Hart is seeking

# LEGAL PREMIS OF LAWSUIT:

➤ **I have contacted the CIA on countless occasions on their website asking for information on my my CIA application, but they will not respond.  I have let them know exactly what transpired of what I have written below, but they will not respond.  Because of this, I Have filed a Freedom of Information Act Request from the CIA and about my file, and my application and they said there is nothing to mention about Brandon Hart, which is a lie.**

➤ **I continued to contact the CIA with letters and emails, but they will not respond, and my life has just been pulled apart more and more each Month, so I filed an Administration Claim with the CIA over a year ago, hoping this would make them respond, but they still**

have not responded, so I am filing this lawsuit for their negligence.

➢ I am filing a lawsuit because they lied about the FOIA request and withheld information that could have saved my businesses, and the safety of my children.

➢ I am filing this lawsuit against the CIA, because of the way the application and information provided to me was written, and then the contact one week later from someone asking me to Join the Mentor Program, made me believe I was admitted into the CIA, but my life only took a tailspin afterwards, and I was impeccable the entire time. When I let the CIA know about this, they had the responsibility to tell me one way or the other of my status with the CIA by the way they referenced their application and information, and they did respond when and sought assistance. If they did not send me the application link, then they had the responsibility legally to not let me think I worked with the CIA or tell me I certainly do not work with the CIA. This could have cleared up a lot of issues for me and helped me know I worked for the CIA or help me investigate who ran this scam on me, making me think I worked for the CIA. My life has been destroyed since the week after I applied into the CIA and a preponderance of evidence and surmounting evidence will proves this and case law below supports preponderance and surmounting evidence. Factual evidence will also be shown in court to a Judge and Jury.

# MY INTRODUCTION TO THE CIA AND WHAT FOLLOWED

It all started when I was emailed a link to look for a career in the CIA. I navigated through the career section and applied to the Open Source part of the CIA. The page asked me several questions and at the end it asked me why you want to join the CIA, and I said life would be easier if I had a mentor.  They said if you are accepted into the CIA you will not be told directly, but in an indirect way that you are supposed to understand, as the CIA is the most intelligent, secretive and covert agency in the world.
The next sentence said "remember your answer".

A week later I was at UNC Meadowmont at UNC fitness center at 6:00 a.m. and a 70 year old man came into the locker room and introduced himself to me as Bob Whyte, a Guest Lecturer at Duke University and wrote a book called Tin Pan Alley, a book about a place where special songs come from. He asked me about my life and already had a brochure in his hand and handed it to me on becoming a Mentor. I immediately thought of my application answer and thought I was being recruited into the CIA or maybe someone else wanted me to think this. I recently went back to the CIA website and there is no mention of a branch of the CIA that is called Open and no application page and nothing like what the pages I read or the application that I filled out, so either the CIA sent me a special link, or someone made up an entire website and directed the website to themselves.  Keep in mind I was emailed this link and did not go to their site.  This was sent to me, which Im not sure if the CIA does that sort of thing, but maybe they do.

I had a General contracting construction company at the time, but I was also deep into getting to the top level as a Division 1 basketball referee or an NBA referee. I was already a Division 2 referee in college and went to 5 learning and tryout camps a years and traveled the entire USA to do this for 5 years straight and then I was approached by the CIA application. This is unheard of. I trained like an Olympic athlete and was on a mission like an Olympic athlete would be. This was definitely recognized by my surroundings. I was given high remarks by booking agents that hire referees at camps and was told by several of them that I had all the tools to make it and that I should stick with it because you

definitely someday will make it. I know for a fact that I would have, and I know for a fact that someone else knew this as well and that is why this has happened to me.

I received a book in the mail anonymously with no return address. It was a book about a New Jersey State Trooper named Bob Delaney who went undercover in the NBA to infiltrate organized crime. The book was called Covert. I brainstormed on why someone would pay for this book and give it to me and not tell me why, and with no return address. I thought maybe it was because someone wanted me to do the same thing. Anyone in such a pursuit as I was in and so focused and walking the walk, would have had to look into this hardcover book and was purchased by someone else and mailed to me anonymously.  I felt like I was supposed to either be Covert for a police agency of some sort or I was approached by organized crime.  The book talked about if it was not for organized crime, there would be unorganized crime, so I had in my brainstorm options that this might be an acceptable method of refereeing.  I refereed for over ten years and I think I was one of the referees that only missed one call the entire time and that call is still on my mind, and I would have to see it on tape from several angles to fully think it was a wrong call, so I knew I would be perfect on either side of who wanted me to work for them because I could afford to give up calls, and to control the tempo of the game.  Plus, although I went to church on Sundays and served my community, I had a rough edge to me and probably more of a past in sketch situations that were documented that made me appealing to both sides and other refs at this level really have not had many blemishes and holds themselves the way I do.

When you become a basketball referee you add a layer to this because there are so many different things you must think about on the court at the same time you are running at top speed.  Most referees, and especially at a higher level will go into a special place in their mind and for some of us its hard not to be that way when they are off the court and its hard to disconnect 100%.  You may not be able to notice it watching a basketball referee but there is a lot going on when they are on the court.   This is a known thing especially with the top hiring managers and people who just know more, so you have to understand that the book given to me was not supposed to be meant as a fun read, it was supposed to trigger me in a certain way.  I was training at a very high level, literally three times a day for an hour each time, I had my construction business but also got certified as a cross fit instructor and taught classes at UNC and only to have more court presence and administer better.  I even took the LSAT and was going to go to night school to add this to my resume, only to get me closer to becoming an NBA referee.  I knew my off-court resume meant a lot on the court to those selecting the next one to move up.  This was all known, and it was not that I was deep into becoming a professional ref and deep into this psychologically.

**BRANDON HART BEING APPROACHED BY THE CIA OR ORGANIZED CRIME IS MY OPINION AND MY PREPONDERANCE OF EVIDENCE AND SURMOUNTING EVIDENCE SUPPORTS THIS.**

**It is estimated that basketball gambling is up to 75 Billion Dollar each year and that is what is reported.**

➤ A time later I was at a UNC basketball game with my two sons, I think they were playing Virginia. I left my two sons and went to the bathroom. It was a medium-sized line. Two men came in line behind me and tapped me on the back and started to talk to me. One of the guys introduced me to the guy he was with as the ex-mayor of Chapel Hill. **He then went on about how refereeing can be a great way to make money on making bad calls and it can be a business**. I said nothing in response. I'm not an approachable guy and only have been approached two times in my entire life by a guy for no reason and started a conversation with me so this didn't feel right, plus I was a referee and what were the chances of that happening, and not only did that happen, this guy had to introduce me to another guy who he was already talking to. Why did he need to pull me into his conversation. This really stood out and it was in the bathroom. Plus, don't forget I got the Covert book about Delaney as a referee and illegal gambling.  I knew for a fact I was approached for illegal gambling because although I was not a professional referee and only doing D2, I was in my mind already a professional referee and so did other people.  I did the NC State HS championship game that is picked by the Association Director, and doing D2 and making waves at 25 different training camps, which probably held the record in the country. I just didn't know if I was being tested by a Conference or the NBA, or if it was a Police agency like the Covert Book, so I kept quiet and did not respond to them and just shook my head and listened. This was the first time I was approached.  I was probably the only college ref in the 10,000 people in the arena and I happened to be approached in the bathroom by two men, and one the ex-Mayor and they told me making the wrong calls on the court could be lucrative and a business, what are the chances of that? Its much more than one in ten thousand, and chances that a statistician would put on it would be more than winning the lottery.

➤ A while later I was in Pennsylvania at a tryout/training camp and I was sitting in the lined up chairs watching the current game waiting for my turn to go on the court. Another referee came up to me and started talking to me out of the blue. He didn't even look

like a referee but maybe he was. This is the second time Ive been approached by another guy in my entire life, so this also stood out and it was about sports, refereeing and illegal activity. He said I heard you were from Granville, New York. I heard Benny Bernards brother got mixed up with the Feds on illegal gambling about Mike Tyson, and he didn't get caught and is still doing this type of thing. I don't know how he knew I was from Granville, NY when we were in the middle of Pennsylvania and that I would know Benny Bernard. I moved away from Granville, NY when I was 18 to go to ECU in NC, and seldom have returned and have always been in NC. This heightened me very much because someone wanted me to go illegal in the referee arena.  I hope you will read between the lines on this and get written pages out of this one paragraph.  Benny Bernard was at least 20 years older than me and although I never talked to him, they knew I knew who he was and I washed dishes at his restaurant when I was 15 years old.


➤ After this happened, I had many encounters that made me know I was be recruited one way or the other.  I believe my divorce was staged.   I only drank around a case a beer in 20 years since college, but because my business calls were not coming in it caused stress on my financial situation.  Things I was doing for 15 years prior, was not working and it was very suspicious to me but could not figure out who or why someone would stop me from moving forward strongly in my day job.   After my HS basketball games I would stop at a local bar in Hillsborough, NC called the Wooden Nickel, and I would have a few beers.  My wife was always home asleep, so  I knew it would not be a problem since  It was always around 11:30 PM.   It was unusual for me to do this, but I did this on a few occasions, and the last time I was there, I had a woman who was 15 years younger than me come straight up to me and without even saying Hi or  even smile, started Kissing me.  I had no chance to say no, and because she was very attractive and much younger, I kept going.  We eventually went in the Parking Lot and fooled around together and she took my phone and typed in her phone number and said this was the best thing that has happened for her in a long time, so please lets text each other and meet again.  I never would have kissed her if she started a conversation and would have within a minute or so let her know I was married and had three children.  I believe I was profiled that I would not cheat on my wife, but if a woman would come right up to me and start kissing me, it might work, and it did.  I did text her a few days later, and  my wife checked my phone when I was in the shower, and long story short we got divorced because of this right afterwards.  When my wife asked me about this, the only thing that could come out of my mouth was I could not help it, it was as if someone paid her to do this, because that is exactly how it felt.   I believe they wanted to control me as an asset and isolate me away from my family.  It's a lot easier to control a single man on the move up to professional reffing than a family man who coached 12 of his sons sports teams, was a Mentor for a minority boy through the Public School System and one who was very know in the local Church.  They dismantled my family life and my financial life to gain control of me and manipulate me in a direction that was wanted for their own gain.

➢ Many other things happened as well that I will explain in court, but all of this led me to visit the Albany FBI and report that I was being recruited by organized crime.    After this report, my life went into a tailspin.    I was completely shut down on my business.  I have reported this as well to the FBI but they will not respond.  I had 5 construction contracting businesses and sent out 350,000 emails via a professional marketing firm that prepares professional emails/flyers.  I had a click rate of 32%, but I did not receive one contact from Constant Contact Marketing.  I stayed with it for 7 years and not one call and I used different businesses for this, and different email addresses.  I called Constant Contact and asked them about this, and they said this was impossible to have happened.  They said your click rate is one of the highest of their customers, and it was because I purchased all of my emails from licensing boards and associations that specifically needed my services.  They put me out of business, and I went Bankrupt.  I lived in Washington DC and Chapel Hill NC at the time after my divorce.

➢ I was also blocked on dating sites and I have evidence of this as well.    I knew I was being prevented from dating woman on Match.com and eHarmony in NC, so I  started posting in NYC because I am from NY.  I could not get a date, and Im attractive on an average scale.  I finally got a date in NYC and met her at a restaurant, and after an hour or so, she told me she graduated from UNC, and her family has lived in Chapel Hill for Generations.  She said her family was family friends with Dean Smith.    I reported all of this to the FBI, and they would not respond.
In the past 36 months, I have combed through 4 dating sites and asked out up to 1000 woman out, and not one of them will go out with me, and a few said they would, and the next day the profile was blocked for me to view.     This is impossible to happen.

➢ Three times I was at a stop light and a car pulled up next to me and all three different times a guy who looked like you think a mafia guy would look like and definitely would stand out in NC, and each different time looked at me and gave me a thumbs up. This really heightened me a lot. It played a toll on me and I slowly got out of refereeing because I didn't want to be involved in organized crime. A few weeks ago I was on a country road and was at a stop sign, and two of the same looking guys pulled around my car and got out and one of them told me to roll down my window and pointed a pistol at me and said if you don't go back into to referring and work for us we will kill you and someone in your family and Boby Whyte will put a hit on your life,  and you better not tell anyone about this because we will be watching you, and you better not tell anyone about Bob Whyte because he is the one who gave us these instructions.

**MY DAUGHTERS STAGED MURDER ATTEMPT**
➢ My daughter was in a sever automobile accident ½ mile from my house after leaving work, since we both work together and at my home office.  I wrote on Microsoft Word two weeks earlier that I believed I was purposefully staged to get in 4 automobile accidents.  The last one was so obvious and I was with my son, that I got so mad, that I

had to write about it and this is documented and time stamped in the cloud. I visited my daughter's automobile accident and noticed right away it looked like a staged accident. Her vehicle was completely smashed in front of the vehicle and was driving around 55 miles an hour when this happened.  When she was lying on a stretcher in the ambulance, she told me all about it, and it was definitely a staged accident.  I reported this to the local Sheriffs Office with a detailed typewritten incident report, and they emailed me and referred me to the FBI.  I contacted the FBI on several occasions and reported this, but they hung up on me after talking for only a few minutes each time.  I wrote several letters as well, and I have not received any response.  I have contacted them on the phone over 50 times, and they have hung up on me each time.

➢ I have had death threats in person, and it has played out.  I was mailed an advertisement to my house from a Funeral Home that said Hart Family, Jr, and I rented the house for 9 years and should not have been in any publication or tax office for living at this address.  I reported this to the FBI and let them know all the ways they could trace this envelope and checks and balances on how to make sure it was not the first time the neighborhood might have been advertised to, and how to find out how to see where they received their address list, and why I as on the list, and find out why they put Jr after my last name, and provided the mailing that was sent to me.

➢ Because they would not respond, I filed a lawsuit against the FBI in NYC Southern District.  After this, things got even worse.  I was asked to vacate my residence after 9 years of renting the house, in an established neighborhood and the Landlord had no plans on what he was going to do with the property.

➢ I started corresponding with the DOJ attorney Jonathan Warren because he emailed me first, but he never emailed me back and I emailed him up to 100 times about current threats on my family's life.
I let him know about more death threats and told the FBI but they would not respond. In the FBIs response to my lawsuit, they said they did not hang up on me at all and could never prove this, but I have every single call recorded on digital recording and two recorders each time and they hung up each time, and I spoke to them in the same Demeanor that the Honorable Judge would have spoken to them and with respect.

➢ After this, me and my children were poisoned in some means, and I believe through the groceries that get delivered to my front door and also when we call out for delivery.  I have seen my children with their eyes sicken below their bottom eye lids, and also falling asleep as they are walking and saying I don't know why I am so tired over and over again, like they are delirious, and I know for a fact I was drugged as well, but much easier to tell when your children are.

➢ When I applied to the CIA in the Open-Source Division, they told me they can place me at any job I want, but I would work for the CIA covertly and would be their Open Source. This is why I know that people can work as different places and place drugs or poison in

people's food.

➢ My legs below my knees are swollen like I have diabetes, but I have been to the doctor and they said I don't have diabetes.  They are looking into the possibility of different reasons for this, but one reason is being poisoned which makes your lower legs swollen.

➢ My State Licensed Electrical Company was put out of business on purpose and so was my State Licensed General Contracting business.  I believe I had two staged job that was staged to put me out of business, and they still owe me 200,000 dollars on one and 180,000 dollars on the other.    I've been self-employed for 28 years, and I could tell from day one that I was being   led into a future termination of the contract, but played along with them the entire time, and they both strung me out of payments and legally breached the contract, and put in writing bald faced lies about why they were not going to pay me, and kept me pumping cashflow into the projects and then for no good reason both terminated the contract and held me holding all this debt and owe me almost a half million dollars between this and other projects that got hurt due to these two National GCs who 100% were on the take, and planned on terminating the contract form the beginning.

➢ **My last year when I was in college I was approached in the Library at night and was told by a student that the FBI was hiring students with degrees like mine and showed me the back cover of a Time Magazine supporting this.  Later that week, I applied to the FBI.   I have always been a fairly upstanding citizen, but can understand why the FBI would act so unprofessionally and hang up on me each time and then lie to a Federal Judge and say they did not hang up on me.   I can't imagine they are involved in an illegal and unethical way, or maybe they can't respond because they know who has done this, and they do not want to get involved in those who have done this to me?? I have a current lawsuit with the FBI because they did not respond to my complaints and assistance in Federal crimes against me and my family.**

- Surmounting Evidence – Shown how Surmounting Evidence can be equivalent to Factual Evidence in Complaints that don't have to be proven to go to court but also used in court to win a verdict. However, I have provided many factual documents that cant be refuted.

- Preponderance of Evidence– Shown how Surrounding Evidence can be equivalent to Factual Evidence in Complaints that don't have to be proven to go to court but also used in court to win a verdict. However, I have provided many factual documents that can't be refuted.

- Suing For & Relief– **Economical Damages** - Lost wages (past and future), Loss of earning capacity. **Non-Economic Damages** - Pain and suffering, Emotional distress, Loss of enjoyment of life, Loss of consortium.  Also Suing for Protection by the FBI for Brandon Hart and his Children and Family.

- Death Threats and Attempts  stated – My ***Claim – The CIA did no respond or investigate as they either admitted me into the CIA or Someone illegally acted like the CIA and this is something that should have been looked into and disclosed to me, and it was not, and further destruction happened to me and my family due to this negligence.***

- USPS – Mail Tampering and Federal Crimes - ***Claim - Not Investigated or Protection Provided.*** Discovery is needed for subpoenas to be written.

- Business Blockade ***Claim - Not Investigated or Protection Provided & on Federal Contracts.*** Discovery is needed for subpoenas to be written.

- Federal Crimes and Crimes Crossing State Lines - ***Claim - Not Investigated or Protection Provided.*** Discovery is needed for subpoenas to be written.

- Personal/Romantic/Social Relationship Illegal Interference – ***Claim - Not Investigated or Protection Provided Also Crossing State Lines.*** Discovery is needed for subpoenas to be written.

- Internet Illegal Interference– ***Claim - Not Investigated or Protection Provided Also Crossing State Lines.*** Discovery is needed for subpoenas to be written.

- Poisoning – ***Claim - Not Investigated or Protection Provided Also Crossing State Lines***

- **IINTERFERENCE IN A FEDERAL LAWSUIT AGAINST THE FBI THAT ANYONE CAN SEE I AM BEING PREVENTED FROM COMPLETING THIS LAWSUIT IN AN ILLEGAL MANNER.**

# CASE LAW/STATUTES & BASIS OF SUIT – FOIA

1. In GTE Sylvania, Inc. v. Consumer Product Safety Commission, the Third Circuit addressed the issue of inaccurate or misleading information disclosed by an agency. The court held that the agency must take reasonable steps to assure the accuracy of information disclosed and, if it discovers that it has made public disclosure of inaccurate or misleading information, it must publish a retraction in a manner similar to the original disclosure. This obligation applies to information released under FOIA, and the agency may be required to issue corrective information to the same FOIA requesters who received the inaccurate material [366].

2. Palmieri v. United States further illustrates the pleading requirements for claims alleging that the government maintained or disclosed inaccurate records. The court emphasized that a plaintiff must plead with specificity how the records were deficient, what misinformation was allegedly included, and how the inaccuracies affected the plaintiff. Naked assertions devoid of factual enhancement do not satisfy the Rule 8 standard, and failure to identify specific facts contained in agency records that are believed to be inaccurate or inappropriate will result in dismissal of the claim [364].

3. **Pattern of Agency Delay or Inaccuracy**
   Judicial Watch, Inc. v. U.S. Department of Homeland Security is highly instructive for cases involving agency delay or a pattern of providing inaccurate or incomplete information. The D.C. Circuit recognized that prolonged, unexplained delays or repeated failures to provide non-exempt records may signal an agency policy or practice of ignoring FOIA's requirements. A plaintiff may state a plausible claim by alleging a pattern of delay or inaccuracy that interferes with the right to promptly obtain non-exempt records. The court held that such practices violate FOIA's intent and purpose, and courts have a duty to prevent these abuses, including by granting injunctive relief to ensure future compliance

# ProSe Vs. Representation by an Attorney with a License

1. The North Carolina Supreme Court and Court of Appeals have repeatedly emphasized that the rules of civil procedure reflect a policy to resolve controversies on the merits rather than on technicalities of pleadings. In **M.E. v. T.J.,** the Supreme Court of North Carolina underscored that the purpose of process is to bring parties into court, and if the pleadings are clear enough that every intelligent person understands what is meant, they have fulfilled their purpose. Courts should not fail to recognize what is apparent to everyone else, and should not "exalt the form over the substance" of a party's intent or claim. This approach is particularly important in cases involving **pro se** litigants or remedial statutes, but the principle is broadly applicable: courts have discretion to treat procedural missteps as harmless where the intent and substance of the claim are clear, and to allow amendments or treat filings as functional equivalents of required pleadings when justice so requires.

2. Similarly, in **Hardison v. Williams**, the North Carolina Court of Appeals addressed the doctrine of "variance" between the allegations in the complaint and the proof offered at trial. The court held that under the modern rules of civil procedure, the significance of variance has been drastically reduced. Rule 15(b) allows issues not raised by the pleadings but tried by the express or implied consent of the parties to be treated as if they had been raised in the pleadings. The court may allow the pleadings to be amended to conform to the evidence, and failure to amend does not affect the result of the trial. The focus is on whether the defendant is prejudiced in maintaining their defense on the merits, not on strict adherence to the form of the complaint. Thus, even if a complaint does not allege every fact or theory ultimately relied upon at trial, the court may permit the case to proceed and the pleadings to be amended to conform to the evidence, so long as the opposing party is not unfairly surprised or prejudiced

# Presenting a Full Case of Facts in a Complaint-

Brandon Hart does not have to provide a full case in my complaint, per case law below. I have a lot of evidence that will be shown in court.

The prevailing approach is that a complaint must allege sufficient facts to make the claim plausible, but it need not set forth detailed evidence or prove every element of the claim at the pleading stage. For example, in Cottle v. Plaid Inc., the court explained that on a Rule 12(b)(6) motion to dismiss, the court must accept as true all factual allegations in the complaint and may dismiss only if there is no cognizable legal theory or insufficient factual matter to state a facially plausible claim. The court emphasized that "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do," but the facts alleged must allow the court to draw a reasonable inference of liability. The court further cautioned against requiring plaintiffs to present their full case or evidence at the pleading stage, as this would undermine the purpose of notice pleading and prematurely foreclose potentially valid claims before discovery has occurred

# Gross Negligence - Legal Reasoning

1. The Supreme Court of the United States, in **Dalehite v. United States**, clarified that the FTCA was not intended to allow damages actions to police the internal procedures of governmental agencies or to challenge discretionary administrative acts. Instead, the FTCA was designed to address "ordinary common-law torts"—that is, situations where the government, if it were a private party, would be liable for negligence under state law [89]. Federal courts have consistently held that claims based on quasi-legislative or quasi-adjudicative actions, or failures to follow internal procedures, are not actionable under the FTCA because private persons do not engage in such conduct and thus cannot be held liable for it

2. The most analogous case in the context is Ross v. N.C. State Bureau of Investigation, which, while not directly involving the FBI as a defendant, addresses a situation where the FBI's alleged negligence in maintaining criminal records led to harm. In Ross, the plaintiff argued that the North Carolina State Bureau of Investigation (SBI) negligently failed to ensure that the FBI's records reflected that his murder conviction had been set aside. The court found that the SBI had fulfilled its duty by updating its own records and that any subsequent error was attributable to the FBI. Importantly, the court held that there was no statutory duty for the SBI to ensure the FBI's records were accurate, and thus no liability for the SBI. The court's reasoning suggests that, even if the FBI had been a defendant, the claim would likely have failed due to the absence of a specific duty owed to the plaintiff and the application of sovereign immunity principles

3. Additionally, Meyer v. Walls clarifies that county departments of social services, when acting as agents of the state, may be sued for negligence if the county has waived immunity through the purchase of liability insurance. The Supreme Court held that a plaintiff may maintain a suit against a negligent agent or employee of the state in the General Court of Justice for common-law negligence, even if a parallel claim is brought against the state agency in the

Industrial Commission. This case further illustrates that public departments and their agents are not immune from tort liability where immunity has been waived and a duty to the plaintiff is established

4.  Ray v. N.C. Dep't of Transp., the North Carolina Supreme Court addressed the 2008 amendment to N.C.G.S. § 143-299.1A, which limits the use of the public duty doctrine as an affirmative defense in certain claims against the state. The court held that while ordinary negligent failure to inspect is not actionable, gross negligence in failing to inspect may give rise to liability. The court emphasized that gross negligence is generally a question for the jury and is defined as conduct done purposely and with knowledge that such act is a breach of duty to others—a conscious disregard for the safety of others. The court found that allegations of a substantial period of time passing without inspection, combined with knowledge of potential danger, could support a claim for gross negligence sufficient to survive a motion to dismiss or for summary judgment

5.  The North Carolina Supreme Court and Court of Appeals have repeatedly held that public officials, such as police officers and fire chiefs, are immune from liability for mere negligence in the performance of their discretionary duties, but this immunity does not extend to acts of gross negligence, wanton conduct, or intentional wrongdoing. Gross negligence is defined as wanton conduct done with conscious or reckless disregard for the rights and safety of others, or an act done needlessly, manifesting a reckless indifference to the rights of others. This standard is notably higher than ordinary negligence and is rarely met, but it is not insurmountable for plaintiffs who can show egregious facts.

6.  In the context of law enforcement, the gross negligence standard is most often applied in cases involving high-speed pursuits or emergency response driving. The courts require a balancing test, weighing the interests of justice in apprehending a suspect against the risk posed to the public. If an officer's conduct demonstrates a conscious or reckless disregard for public safety—such as operating a vehicle at excessive speeds in a densely populated area without sufficient justification—a jury may find gross negligence, and summary judgment for the defense is inappropriate. However, the courts are clear that contributory negligence is not a defense to gross negligence claims, and the determination is generally reserved for the jury unless the evidence is insufficient as a matter of law.

7.  For other public departments, such as fire departments, the public duty doctrine historically shielded municipalities from liability for failure to provide adequate fire protection. However, the North Carolina Supreme Court in Lovelace v. City of Shelby (as discussed in Willis v. Town of Beaufort) held that the public duty doctrine does not insulate cities from liability for the alleged negligence of fire departments. As a result, municipalities may be held liable for gross negligence in the provision of fire protection services, especially where governmental immunity has been waived by the purchase of liability insurance. Fire chiefs, as public officials, are not individually liable for mere negligence but may be held liable for gross negligence or intentional wrongdoing

8.   The United States is subject to the same liability as a private party under state law, including for gross negligence, unless a specific statutory cap or defense applies. The FTCA's procedural requirements, such as the exhaustion of administrative remedies and strict compliance with filing deadlines, are also jurisdictional prerequisites to suit.

9.  In summary, tort claims against the federal government are generally permitted under the FTCA to the same extent as they would be against a private party under state law, but are subject to significant exceptions, most notably the discretionary function exception and other statutory bars. Plaintiffs must carefully plead and prove that their claims fall outside the FTCA's exceptions and that the conduct at issue would give rise to liability under applicable state law

10. The FBI, as a federal law enforcement agency, is empowered to investigate violations of federal law. However, when conduct constitutes both a federal and a state crime—meaning the same act violates both federal and state statutes—the FBI may investigate the matter as part of its federal jurisdiction, even if the conduct also constitutes a state crime. This is a direct result of the dual sovereignty doctrine, which recognizes that the federal government and the states are separate sovereigns, each with the authority to enforce its own laws and to investigate and prosecute offenses against those laws independently, even when the underlying conduct is the same

11. Federal courts have consistently held that cooperation and joint investigation between federal and state authorities are not only permissible but are the conventional practice throughout the country. The FBI may work alongside state and local law enforcement in investigating conduct that gives rise to both federal and state charges. For example, in U.S. v. Claiborne, the court noted that routine cooperation between state and federal prosecutors, including sharing

investigative materials, is not only allowed but encouraged to promote efficient law enforcement and to vindicate both federal and state interests [309]. Similarly, in U.S. v. Angleton, the Fifth Circuit affirmed that the existence of joint task forces or extensive cooperation between federal and state authorities does not undermine the dual sovereignty doctrine or preclude federal investigation and prosecution, even after a state prosecution for the same conduct.

**Federal Crimes Certainly have been committed against Brandon Hart and his family, and State Crimes are countless in the amount and should have been investigated in conjunction and should have been surmounting to the CIA and the FBI in its diligence to protect Brandon Hart, and there is no excuse of Federal Crimes vs. State Crimes when many of both have happened and I'm sure will happen moving forward, without proper information provided to Brandon Hart by the CIA.**

12. Jones v. United States provides foundational guidance on the nature of a "claim" against the federal government. The court explained that a claim is not limited to a demand for money, but broadly encompasses any demand of right, including those for specific performance or other equitable relief. The decision also highlights the remedial purpose of statutes allowing suits against the government, emphasizing that such statutes should be liberally construed to provide redress for wrongs committed by the government, subject to statutory limitations.

# Surmounting Evidence - but will also be providing Precise and Exact irrefutable Evidence during Trial:

1. In State v. Brown, the North Carolina Supreme Court held that the evidence was sufficient to support a conviction for second-degree sexual offense. The Court emphasized that all evidence, whether competent or incompetent, must be considered in the light most favorable to the State, and that the State is entitled to every reasonable inference. The Court found that the defendant's actions—entering a hospital room unbidden, physically manipulating the victim, and committing a sexual act—constituted actual physical force beyond that inherent in the act itself. The victim's testimony regarding her fear and inability to resist further supported the element of force. The Court concluded that this evidence was more than sufficient to allow the jury to find the defendant guilty beyond a reasonable doubt, and thus the "surmounting" evidence was enough to win the case for the State

These cases collectively establish that when the party with the burden of proof presents substantial, credible evidence on each essential element of the claim or offense, and that evidence is accepted by the factfinder, it is sufficient—indeed, surmounting—to result in a favorable verdict. The courts consistently hold that the sufficiency of the evidence is a question of law for the court, but what that evidence proves is a question of fact for the jury. When the evidence rises above mere suspicion or conjecture and supports a logical and legitimate deduction of liability or guilt, it is enough to win.

**Brandon Harts Response to these cases. It would be impossible for any person or jury to see that I have been railroaded for the past twelve years and I have reported these crimes to the CIA and the FBI consistently throughout the years, and they failed to respond. My culprits used the CIA name as an imposter to destroy my life, or the CIA has involvement in this happening. I let the CIA know this countless times, and they have never responded, and things got even worse each day as I reported this.**

# Preponderance Of Evidence

1. The "preponderance of the evidence" standard is the foundational burden of proof in civil lawsuits, including those in North Carolina. This standard requires that the party bearing the burden of proof—typically the plaintiff—demonstrate that their version of the facts is more likely than not to be true. In other words, the evidence must show that it is more probable than not that the facts asserted by the plaintiff are correct. This is a lower threshold than the "beyond a reasonable doubt" standard used in criminal cases.

The case law provided, while primarily focused on criminal sufficiency standards, offers clear guidance on how courts evaluate whether evidence is sufficient to support a verdict. In civil cases, the preponderance standard is met when the evidence presented is substantial enough that a reasonable mind might accept it as adequate to support a conclusion in favor of the party with the burden of proof. The courts have consistently held that if there is substantial evidence—meaning more than a mere scintilla, but not necessarily a preponderance at the motion to dismiss stage—on each essential element of the claim, the case must be submitted to the factfinder (jury or judge) for resolution. The factfinder then determines whether the preponderance standard is met based on the totality of the evidence presented at trial.

For example, in **Knight v. Associated Transport,** the North Carolina Supreme Court recognized that in a civil tort action, proof of certain facts (such as ownership of a vehicle involved in a collision) can establish a prima facie case, which, if unrebutted, is sufficient to support a verdict for the plaintiff under the preponderance standard. The court emphasized that the sufficiency of the evidence to make out a prima facie case is governed by the law of the forum, and that the evidence must be enough to allow the case to go to the jury, which then decides whether the preponderance standard is met [118].

**Similarly, in Mayo v. Mayo**, the Court of Appeals affirmed a trial court's finding in a nonjury civil case that the plaintiff had met her burden of proof by a preponderance of the evidence. The court noted that the trial judge, as factfinder, was entitled to weigh the evidence and make credibility determinations, and that the findings and conclusions would be upheld if supported by competent evidence in the record [119].

The prevailing pattern in North Carolina is that the preponderance of the evidence standard is satisfied when the evidence, taken as a whole, tips the balance in favor of the party with the burden of proof, even if only slightly. The factfinder is not required to find the evidence overwhelming or uncontradicted; it is enough that the greater weight of the evidence supports the party's claim or defense

in summary, to win a civil lawsuit under the preponderance of the evidence standard, a party must present credible, persuasive evidence on each essential element of their claim such that the factfinder concludes it is more likely than not that their version of the facts is true. North Carolina courts consistently uphold verdicts where this standard is met, and appellate review is limited to whether there was competent evidence to support the factfinder's determination.

**Brandon Harts Statement:  The preponderance of evidence is that ever since I applied to the CIA, my life has been destroyed and therefore my family's life indirectly and directly hurt.   I have detailed information and facts of this happening that can only be performed by the highest level of intelligence and will present that in court, and do not have to present all of that in this complaint per case law provided.**

# OPPORTUNITY COSTS - OF NOT BEING ABLE TO EARN IN FUTURE YEARS

1. A leading case on this issue is Thorpe v. Wilson, where the North Carolina Court of Appeals addressed the admissibility of expert testimony regarding the present monetary value of the future net income that a decedent could have earned had she not been killed. The court upheld the use of an economist's testimony, which was based on statistical probabilities and took into account the decedent's likely future earnings, adjusted for personal consumption and other relevant factors. The court emphasized that expert testimony is often the only available evidence to establish future earnings and that such testimony, when grounded in reasonable certainty and not mere speculation, provides a fair framework for the jury to assess damages. The court also noted that the present monetary value of future earnings will usually defy precise mathematical computation, but the law does not require absolute certainty—only a reasonable basis for the jury's determination. The verdict in favor of the plaintiff was affirmed, demonstrating that North Carolina courts recognize and uphold large verdicts based on lost future earning capacity when supported by competent expert evidence and reasonable assumptions about the plaintiff's work life and earning trajectory [127].

2.  Similarly, in Jernigan v. R. R. Co., the court addressed a substantial verdict for a plaintiff who suffered permanent partial disability in a railroad crossing accident. The court held that evidence of prior earnings is admissible to establish future earning capacity, provided there is a reasonable relation between past and probable future earnings. The plaintiff's testimony regarding his average monthly net income, even without documentary evidence such as tax returns, was deemed sufficient. The court also recognized that evidence of a loss of business, while not supporting a claim for special damages for lost profits, is competent and admissible as an aid in determining damages for loss of time or impairment of earning capacity. The verdict, which included a significant award for future lost earnings, was upheld as within the trial court's discretion [126].

3.  Goble v. Helms further illustrates the principle that evidence of a plaintiff's prospects for future earnings and promotions is admissible in personal injury actions. The court found no error in admitting such evidence and upheld a large verdict for the plaintiff, which included damages for lost future earnings, future medical expenses, and loss of consortium. The court reiterated that the assessment of damages for future losses must be left to the good sense and fair judgment of the jury, subject to the trial judge's discretion to set aside a verdict only in cases of manifest injustice or abuse of discretion

## Brandon Harts Response, but Not Limited to:

I provided a list of recent construction projects to let the court know that my lawsuit with the CIA and the FBI for over 3 Billion Dollars is real, and I have made a case showing each year how I would have achieved this if the FBI was not negligent in protecting Brandon Hart and his family. The only argument the FBI has is that they do not believe I should be awarded the next 20 years of opportunity cost that has been stolen from me due to the FBIs negligence, and I should only be given 10 years of Opportunity Cost. This is the only argument the FBI has.

I am also suing the CIA for the past ten years since my first incident report to the CIA, and they did not protect me then or shed light that could have prevented this, or follow up in a way that benefited me and caused me a lack on income for the past ten years due to the CIA being nonresponsive and Gross Negligent. If they provided proper information when I contacted them over 20 times, and then provided proper information on the FOIA then this lawsuit never would have happened. If the CIAs stance was it was not the CIA who sent me a link to apply to the CIA and someone played a joke on me, than this is a National Security Issue that some group or entity falsified that they were actually the CIA and has played a game with me for 12 years and destroyed my life in the process, and the CIA has an obligation to investigate this and let me know this.

I have stated that I will have expert testimony on all scales to prove this without a shadow of doubt, and the defense could never be able to refute this but only work down the amount that they feel like I am deserved.

I have stated repeatedly that I would settle this case out of court, and in the amount of 120 Million Dollars.

# The CIA Not Responding to Death Threats and Attempts which all surrounds Brandon Hart applying to the CIA:

1. Prior v. Pruett, while not directly about death threats, is also instructive. It addresses claims of negligence against a sheriff's department for failing to establish reasonable procedures and training to prevent harm, including in situations involving emotionally disturbed persons and suicide threats. The court held that if there is evidence of grossly inadequate supervisory and training policies that proximately cause a death, and if the officers' actions rise to the level of gross negligence or are outside the scope of their duties, liability may be possible. However, the case also underscores the high bar for overcoming public officer immunity and the need for specific evidence of malice, corruption, or conduct beyond the scope of official duties

# Mail Tampering

1. Reis v. Hoots, which, while not a criminal prosecution, involved a civil dispute where the plaintiff was accused of tampering with the defendant's mail. The evidence included testimony that the plaintiff had acquired a post office box adjacent to the defendant's, was caught by a detective in the act of tampering with the defendant's mail, and was federally charged and pled guilty to mail fraud. This case demonstrates that mail tampering can form the basis for both civil liability and federal criminal charges, particularly when the tampering is proven by direct evidence such as eyewitness testimony or a guilty plea. The court also addressed evidentiary issues, excluding hearsay identification of the plaintiff by a postmaster but finding that other direct evidence of tampering was sufficient to support the verdict in favor of the defendant. Notably, the case references the plaintiff being federally charged and tried for mail fraud, which is the typical federal charge for USPS mail tampering

**Brandon Harts Response:**  I have given several reports to the CIA and the FBI of substance in my mail by my assailants, and also death threats that are psychological in nature, and they have not responded.  This is a Federal Crime.  I have recorded conversations with the FBI who said if you think you have had substance in your mail and its giving you a rash, you should put ointment on it, or remedy the effect that the substance is having.  I have given several reports on my mail being opened and public official documents being left in my mailbox without being in the envelope and the envelope being in the mailbox.

# Business Blockade - Against Brandon Hart that are proven by a preponderance of evidence and surmounting evidence, but factual proof will be provided in court.

1.  North Carolina Supreme Court in Tully v. City of Wilmington. The court recognized that the right to pursue a lawful occupation or business is a fundamental right protected by Article I, Section 1 of the North Carolina Constitution, which guarantees the enjoyment of the fruits of one's own labor. The court emphasized that this right is broad in scope and intended to secure to each person the liberty to live and work where they will, to earn a livelihood by any lawful calling, and to pursue any legitimate business, trade, or vocation. The court further held that arbitrary or capricious government action that interferes with this right—whether by regulation, denial of permits, or other means—may be challenged as unconstitutional. The court cited prior cases, including State v. Ballance and State v. Warren, which struck down statutes or government actions that unreasonably restricted the right to work or conduct business. The court also recognized that this right is enforceable against state action, and that direct constitutional claims may be brought when no other adequate remedy exists

2.  Federal antitrust law prohibits conduct that unreasonably restrains trade or creates or maintains monopoly power, thereby blocking competition. The Sherman Act (15 U.S.C. §§ 1–2) is the primary federal statute addressing such conduct, and its interpretation by federal courts is highly influential, including in state antitrust jurisprudence.

    The most pertinent federal doctrines and cases, as recognized and applied by North Carolina's highest courts, include the following:

    First, the Supreme Court of North Carolina in DiCesare v. Charlotte-Mecklenburg Hospital Authority explicitly acknowledges that North Carolina's antitrust statutes mirror the Sherman Act and that federal case law interpreting the Sherman Act is persuasive in construing state law. The court discusses the federal "state action immunity" doctrine, which shields certain governmental actions from antitrust liability only if the legislature clearly intended to displace competition with regulation. The court cites Federal Trade Commission v. Phoebe Putney Health System, Inc., where the U.S. Supreme Court held that state authorization must clearly articulate and affirmatively express a policy to allow anticompetitive conduct; mere neutrality is insufficient. The court also references Parker v. Brown, which established the state action immunity doctrine, and Town of Hallie v. City of Eau Claire, which clarified its application to municipalities. These cases collectively establish that governmental or quasi-governmental entities cannot block competition under the guise of state authority unless the state has clearly intended to permit such anticompetitive conduct. Otherwise, such conduct is subject to federal antitrust scrutiny.

    Second, the Noerr-Pennington doctrine, originating from Eastern Railroad Presidents Conference v. Noerr Motor Freight, Inc. and United Mine Workers v. Pennington, provides immunity from antitrust liability for petitioning the government, even if the intent is to eliminate competition. However, this immunity does not apply if the petitioning activity is a "sham"—that is, objectively baseless and intended to directly interfere with a competitor's business relationships. This doctrine is recognized in North Carolina and is routinely applied in cases involving efforts to block competition through governmental or regulatory processes. The courts require that, to overcome Noerr-Pennington immunity, a plaintiff must show that the challenged conduct was a sham or otherwise outside the legitimate scope of petitioning activity.

    Third, federal antitrust law distinguishes between reasonable and unreasonable restraints of trade. The "rule of reason," as articulated in Chicago Board of Trade v. United States and Standard Oil Co. v. United States, requires courts to assess the actual or probable effect of the restraint on competition, considering the business context and the nature of the restraint. Certain practices, such as price-fixing or market allocation, are deemed per se illegal because they have no legitimate justification and are inherently anticompetitive. Other practices, such as exclusive dealing or territorial restrictions, are evaluated under the rule of reason to determine whether they unduly block competition or are justified by legitimate business interests.

    In summary, federal antitrust cases and doctrines establish that blocking competition—whether by private collusion, monopolistic conduct, or governmental action—may violate the Sherman Act unless justified by clear legislative intent or protected by specific statutory exemptions. The courts apply a nuanced analysis, distinguishing between per se illegal conduct and conduct subject to the rule of reason, and recognizing immunities such as state action and

Noerr-Pennington only in narrowly defined circumstances. The prevailing pattern is that efforts to block new entrants or suppress competition are closely scrutinized and, absent a valid exemption or justification, are likely to be found unlawful under federal antitrust law

3.  The issue of interference with contractors working on a federal contract implicates several legal doctrines, most notably tortious interference with contract, the scope of federal preemption, and the availability of remedies when such interference occurs. The context provided includes several North Carolina appellate decisions that, while not addressing federal contracts specifically, articulate the general principles governing interference with contractual relations and the boundaries of liability in such cases.

    The leading North Carolina authority on tortious interference with contract is articulated in cases such as American Aluminum Products v. Pollard and Intersal, Inc. v. Hamilton. To establish a claim for tortious interference with contract, a plaintiff must show: (1) the existence of a valid contract between the plaintiff and a third party; (2) the defendant's knowledge of that contract; (3) intentional inducement by the defendant causing the third party not to perform the contract; (4) the defendant acted without justification; and (5) actual damages resulted from the interference [199],[204]. These elements are consistent with the broader common law and are routinely applied in both private and public contract settings.

    In the context of government contracts, including federal contracts, the same basic elements apply, but additional considerations may arise.

    **Brandon Harts Response** but not limited to has had interference that is illegal on Federal and State Contracts and the FBI is well aware of this, and after such reports did not protect Brandon Hart, or advise in any manner. This could only be done by a highly intelligent organization.

    **I should not have to reiterate the business blockade against me which is evident to even children who would be on the Jury to believe without showing one shred of evidence and provided legal cases of surmounting evidence, and preponderance of evidence showing a winning verdict, although most of my claims are proven once investigated. I tried to hire a computer intrusion specialist, but my Indeed account was cancelled after receiving up to 100 resumes for the position and they would not let me know why. I was a good customer of Indeed and probably was their top paying customers of approximately 40,000 dollars in a short period of time in comparison with similar competitors and I was doing 5 fold with InDeed compared to an evenly competitors revenue. They reactivated my account after a letter stating my intent to sue Indeed, but said they will reactivate my Indeed account, but could not view my 100 candidates resumes for the Computer Intrusion Specialist.** <span style="color:red">**If I was able to hire someone, we possibly would not be in this lawsuit. I believe the FBI knows exactly who has done this to me, and for some reason is not divulging this information.**</span>

4.  Miller v. Brooks, which recognizes the tort of invasion of privacy by intrusion into the seclusion, solitude, or private affairs of another. The North Carolina Court of Appeals held that intentional and highly offensive intrusions—such as breaking into a home, installing hidden surveillance, or intercepting private mail—are actionable, provided the conduct would be highly offensive to a reasonable person. The court emphasized that this tort is distinct from trespass, intentional infliction of emotional distress, or other privacy torts, and does not require proof of severe emotional distress or physical contact. The decision makes clear that unauthorized prying into private affairs, including business affairs, can give rise to civil liability if the conduct is intentional and egregious enough to meet the standard of being highly offensive to a reasonable person. While Miller involved a domestic dispute, the principles articulated would apply equally to business competitors who engage in similar conduct, such as unauthorized surveillance or interception of business communications, provided the requisite elements are met.

5.  Rickenbaker v. Rickenbaker further supports the principle that unauthorized interception of communications—such as wiretapping or electronic surveillance—by private actors is generally prohibited under federal law, specifically Title III of the Omnibus Crime Control and Safe Streets Act. The North Carolina Supreme Court, referencing federal legislative history, noted that Congress intended to prohibit all wiretapping and electronic surveillance by persons other than duly authorized law enforcement officers, and that private, unauthorized surveillance has little justification. The court recognized that such conduct is actionable and that victims are entitled to civil recourse for damages. Although the case arose in a domestic context, the court's reasoning and the statutory framework apply broadly to private actors, including business competitors, who intercept communications without consent. The court distinguished between legitimate business monitoring in the ordinary course of business and unauthorized, surreptitious surveillance, finding the latter to be outside the scope of permissible conduct and subject to liability

# Personal Romantic Relationship - Interference of Brandon Hart that can only be done by a high intelligence agency and done right after I applied to the CIA.

I have stated how my dating sites have been compromised and the interference of me having a romantic relationship with women in hopes with only one woman and has become a game to my assailants. This may seem miniscule to some, but this has happened for ten years since my divorce. Preventing me from social and romantic relationships has played a major negative toll in my life and has been extremely tormenting and played in many negative dominos falling in my life.

I will not reiterate the obvious crimes that were done in these dating sites, but once again, even children who are minors on a Jury would know for a fact this happened without a shred of evidence but just the pattern and tactics used by my assailants. However, I will be bringing proof to the court in Trial.

I have shown a Female FBI agent who contacted me on Match.com with her sacred FBI jacket on, and if this was a hoax is a Federal Crime in itself, and should be evidence that my statement is true of tampering with my dating sites. If it was actually the FBI who was reaching out in some covert way, I appreciate that, but I me and my children were poisoned on countless occasions after this, and I was put out of 5 businesses afterwards and that would mean it was on their watch. In either event, the FBI is culpable.

Furthermore, the FBI has my complaint about their Agent and knows this beautiful FBI agent allegedly contacted me on Match.com and this should have been a concern of theirs, even if they are the least bit concerned about me and my family. I can't imagine they have not investigated this if this was my assailants, or if it was covert in nature by the FBI and I'm just being a loudmouth because I'm speaking of this. For the record, my efforts are probably in the 90 percentile of trying to meet a woman and going on a date, and even the ones Im allowed to message with and scheduled dates with, shortly afterwards have their profile hidden and our date cannot be scheduled and they never had my full name to research me or have any reason to block me from messaging them.

However, I joined Tinder several months ago, and I am now going on 24 months without one date and now adding this new dating site. I have reached out to approximately 150 women and not one replied back. I have had only a few women like me on this site which is not possible for anyone. I wanted to document this, and went to all the woman who I reached out to on the link on the dating site, and not one of the hundred and fifty women are women that I actually liked when I did my search. Someone removed the women who I messaged and replaced them with 150 different woman. I certainly did not message/like even one of the women who were on my account. You would think they would have added a least a few women who I messaged to confuse me, but they did not have one woman who I messaged and replaced them with women who I never would have gave a "like" to.

Out of the Blue I joined Tinder and immediately had two beautiful women message me, and we were scheduling a date, but the next day their profile was blocked and I could not find them even in my sent messages on my account and then this Tinder account was taken over, just like the Match.com and the Eharmony and the game continued with my assailants.

For 12 years all of my dating sites have been compromised and manipulated. Im not sure if I even log into the actual site. I have been sabotaged in my romantic relationships for 12 years and has been extreme torment. Just a few days ago I was on my fifth dating site since the others ones are made to be a joke and they let me know it as well, and make no bones about it. This weekend I was messaging a woman in NY and she emailed me back at 1:36, which is 3:16 and also my phone number that I gave to my son, 1361. After several messages at 7:16 she emails me back and said I seemed like a nice man but she was not interested. 7:16 is my birthday, July 16, 1970. They have made fun of me for 12 years and I have full proof this has been done. Also after several dates already scheduled, their profile goes missing and I can not retrieve their messages, and these are woman in my lane, so to speak and already committed to a date.

I have never once been contacted first by a woman and my profile is nice and inviting. Almost no one gives me a like and the ones that do, are obviously woman who don't like men. They have performed extreme psychological warfare against me.

The only message I essentially received without me messaging a woman first was from a beautiful FBI agent wearing her FBI Jacket. I cant imagine an agent would not be fired or majorly reprimanded to show this picture and was so nice looking that she certainly does not need to waive that photo to catch a man, and probably has never been on a dating site in her life. If it

was the FBI tipping me off during my current lawsuit with them, they watched 5 of my businesses be systematically taken down and put out of business in NC, and know I have been poisoned and so have my children and they stood by and let this happen. If it was not the FBI, then obviously someone impersonated an FBI agent on Match.com which is a Federal Offense, and it was used to in conjunction to destroy my life.

# Internet - Illegal Interference, all happened after I applied to the CIA.

1. Lawsuits alleging interference in internet communication to harm businesses are addressed through a combination of tort law, statutory regulation, and constitutional principles. The most relevant legal avenues include claims for tortious interference with contract or prospective economic advantage, unfair and deceptive trade practices, and, in some cases, challenges to governmental action that impedes internet-based business operations.

2. The tort of interference with contract or prospective economic advantage is well-established in North Carolina. In Beverage Systems of the Carolinas, LLC v. Associated Beverage Repair, LLC, the Court of Appeals recognized that a business may recover for tortious interference when it can show the existence of a valid contract or a prospective business relationship, the defendant's knowledge of that relationship, intentional and unjustified interference by the defendant, and resulting damages. The court specifically noted that interference with implied contracts or ongoing business relationships—such as those maintained through regular customer dealings—can support a claim, provided there is evidence of malice or lack of justification, and actual harm to the business, such as lost profits or customers, is demonstrated. The court also recognized that such conduct may support a claim for unfair and deceptive trade practices if aggravating circumstances, such as deception or willful misconduct, are present, and that these protections extend to business-to-business disputes, not just consumer cases.

3. In the context of direct interference with internet communications—such as cyberbullying, harassment, or defamatory online conduct—Courts have recognized both criminal and civil remedies, but with significant constitutional limitations. State v. Bishop and State v. Shackelford examined the boundaries of criminal statutes regulating online speech, holding that statutes which criminalize certain internet communications must be narrowly tailored to avoid infringing on protected speech. While these cases focused on individual harm rather than business harm, they underscore the principle that not all harmful online conduct is actionable; the conduct must fall outside the protections of the First Amendment, such as true threats, speech integral to criminal conduct, or conduct that meets the high bar for intentional infliction of emotional distress.

4. For businesses, the most viable civil claims for internet-based interference remain those grounded in tortious interference and unfair trade practices, provided the plaintiff can show actual harm and that the defendant's conduct was unjustified and intended to disrupt business relationships. Claims for intentional infliction of emotional distress or obstruction of justice may also be available in egregious cases, as illustrated in Burgess v. Busby, where a doctor's publication of jurors' names to interfere with their access to medical care was found to be extreme and outrageous conduct, supporting claims for emotional distress and punitive damages. However, the court was clear that claims for

tortious interference require proof of actual pecuniary harm, and that North Carolina does not recognize a cause of action for interference with prospective contractual relationships absent specific allegations of a lost contract.

5.  State v. Bernard, which involves unauthorized access to email accounts and the use of those accounts to send deceptive communications in a university employment context. In Bernard, the defendant was convicted of accessing a government computer without authority and identity theft after accessing a university employee's email account and sending a fraudulent email to university administrators, with the intent to deceive and interfere with university operations. The case demonstrates that North Carolina law imposes criminal liability for unauthorized access to electronic accounts and the use of those accounts to cause harm or disruption, but it does not address the hijacking of dating sites or similar online platforms specifically

In summary, State v. Bernard establishes that unauthorized access to electronic accounts, such as email, is a criminal offense in North Carolina, especially when accompanied by intent to deceive, disrupt, or cause harm. The case provides a clear precedent for both the technical investigation of such offenses and the legal consequences for those found responsible

# Poisoning - and also Some Sort of LSD Given Countless Times and all after I applied to the CIA.

I will not restate my statements on poisoning, but will add case law on why this is illegal.  I have reported this to the FBI and it is so obvious that me and my children have been poisoned or have been given some type of pharmaceuticals that even surpasses all of my statements above for being so obvious without providing test results that can be fabricated by my assailants, because my assailants are capable of such crimes that I think they are almost allowed to be able to do.

1.  The most direct authority on intentional poisoning is State v. Keever, a case in which the defendant sold a beverage containing a deadly poison (wood alcohol), resulting in death. The North Carolina Supreme Court held that when a person sells an ordinarily harmless beverage that is found to contain a deadly poison, and death results, a prima facie case is made against the seller. Even absent proof of a specific intent to kill, the reckless act of introducing poison into a beverage and selling it can support a conviction for manslaughter. The court emphasized that the burden shifts to the defendant to show lack of knowledge or intent once the state proves the sale and the presence of poison. If the evidence supports that the defendant intentionally or recklessly introduced poison, criminal liability attaches, and if the act is done with malice, it may rise to murder; otherwise, it supports manslaughter.

2.  The poisoning of food and beverages by actors—whether private individuals or business entities—has been addressed in case law in both criminal and civil contexts. The legal consequences and standards of proof differ depending on whether the conduct is intentional (criminal) or negligent (civil), and whether the harm results from a foreign or poisonous substance being introduced into food or drink

3.  There is clear precedent addressing cases of intentional poisoning or the introduction of pharmaceuticals into restaurant food, both in the criminal and civil context. The most authoritative and relevant case is State v. Moore, decided by the Supreme Court of North Carolina, which involved a defendant convicted of first-degree murder by poisoning through the administration of arsenic, including via food provided to the victim. The court held that murder by means of poison is automatically first-degree murder under North Carolina law, and that circumstantial evidence—such as the defendant's access to the victim, possession and attempted purchase of arsenic-based products, and a pattern of similar poisonings—was sufficient to support conviction even if the poison was never directly placed in the defendant's hands. The court emphasized that murder by poisoning is inherently surreptitious and often proven by circumstantial evidence, particularly when the administration

occurs through food or drink provided to the victim in a hospital or restaurant setting. The presence of motive, opportunity, and means, as well as a pattern of similar acts, was deemed highly probative in establishing guilt for intentional poisoning in a food context.

4. In the civil context, Phillips v. Restaurant Management of Carolina, L.P. is directly on point regarding intentional contamination of restaurant food. In this case, a restaurant employee intentionally spat into a customer's food, and the court held that such conduct could support claims for breach of the implied warranty of merchantability and intentional infliction of emotional distress. The court found that the introduction of a bodily fluid into food intended for consumption is highly offensive and constitutes harm or injury, even absent physical manifestation of harm. The court further recognized that such conduct could be considered "extreme and outrageous," supporting a claim for intentional infliction of emotional distress, especially where the plaintiff suffered severe emotional distress as a result of the incident. The decision also discusses the potential for recovery based on fear of contamination or disease, even if actual exposure is not proven, provided the emotional distress is severe and substantiated.

5. Additionally, Batiste v. Home Products Corp. addresses the liability of pharmacists and druggists for the negligent or intentional dispensing of pharmaceuticals, emphasizing the duty to prevent the sale or administration of poisons or incorrect drugs. While this case is more focused on pharmacy practice, it reinforces the principle that those who handle or dispense potentially dangerous substances for human consumption are held to a high standard of care and may be liable for injuries resulting from the introduction of poisons or pharmaceuticals into food or drink, whether by negligence or intentional act.

6. The prevailing pattern in North Carolina law is that intentional poisoning or contamination of restaurant food—whether by poison, pharmaceuticals, or bodily fluids—can result in severe criminal liability (including first-degree murder) and civil liability for breach of implied warranty and intentional infliction of emotional distress. Courts are willing to rely on circumstantial evidence to establish intent and causation, particularly in cases involving surreptitious acts such as poisoning through food. The law imposes a high duty of care on those who prepare or serve food and pharmaceuticals, and intentional acts of contamination are treated with the utmost seriousness by both the criminal and civil justice systems

I have provided photos of my legs, and explained already of my children slurring their words, and walking around in a daze saying they are so tire and don't know why as if they are highly drugged and cant figure it out, and just have to repeat that they are so tired and say it over and over again.  My calves currently are at least 25% larger than the photos I showed in previous statements and believe this is a sign of poisoning like I previously stated.  My legs look like I have a bad case of Diabetes as they are unnaturally swollen at this point.   This has been verified by a Doctors Office and documented.

# Interference in a Federal Lawsuit - as previously reported in length.

1. The processor I hired served 5 summons to the FBI building and provided photos and signatures, but they would not let me pay them or respond to me so that I could have the proof of service.  This would only happen less than one percent of the times summons already have been served.  Someone interfered in a Federal lawsuit and could only be done by a highly intelligent agency, or a special department.

2. I have been drugged nonstop during my FBI lawsuit, and I reported this to the court and the FBI, and it is in attempts so that I do not complete this lawsuit.  **It has been very important to my culprits to make sure this lawsuit does not go to a Jury.**

3. I have been audited by the USDOL, the NCDOL on two businesses that have an arm's length apart from each other with separate LLC's and Federal EIN numbers.  IRS issues when I already had a payment plan set up, State Corporation Department canceled my corporation and the two written statements of why were false, and took me several months to have them admit they were wrong and they reversed their dissolution of my LLC, false Arrest just hours before the last day to submit a response to the Federal Court, and I was cleared 100% of the arrest after

leaving the jail cell, (Im not sure why the Magistrate Judge would state that this is speaking about my personal problems) and when I walked into the clerk of courts office at the Charlotte NC Federal Courthouse, the lady at the desk asked me if I was Brandon Hart as I entered the small room and knew who I was and I have never been in that court building before that day, and hours after a false arrest. The FBI called my exwife and stated I am threatening the FBI which caused a major chain reaction in a negative way in my life, and I previously let the FBI know to please understand I am not a threat or threatening the FBI, and am just following through on my legal rights in a legal manner.

# Suing the CIA -

You can sue the Central Intelligence Agency (CIA) as an entity, not just individual employees. Federal courts routinely hear cases where the CIA is named as a defendant, particularly in actions arising under the Freedom of Information Act (FOIA) or the Administrative Procedure Act (APA). For example, in Freedom Watch, Inc. v. Central Intelligence Agency, the CIA was sued directly in the United States District Court for the District of Columbia regarding its response to FOIA requests. Similarly, in Judicial Watch, Inc. v. U.S. Department of Defense, the CIA was a named defendant in a FOIA action, and the court addressed the agency's obligations and defenses as an entity, not merely through its individual officers. National Security Counselors v. Central Intelligence Agency is another case where the CIA was sued as an agency for its rulemaking and FOIA practices

# Suing the United States under The Tort Law –

Russell v. Dupree, where the court held that the United States is the proper defendant in FTCA actions, and that naming the CIA or its employees in their official capacity is improper and subject to dismissal for lack of jurisdiction [433].

You can sue the United States under tort law, but only under the specific terms and limitations of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671–2680. The FTCA provides a limited waiver of sovereign immunity, allowing private parties to bring certain tort claims against the United States for damages caused by the negligent or wrongful acts of federal employees acting within the scope of their employment

I could easily add the Director of the CIA for the Tort Claim, since everything in his Agency is under his Helms, and no different than me being sued under my companies vs. one of my employees, but he appears to be a StandUp man, so I will push that to the next hole and wait for the response. I see he is from Texas, but he reminds me of the movie Indiana Hoosiers, where they shoot with a good shot with their elbow in. The problem is, I coached 12 of my sons teams, and lead an Upwards Christian Basketball Program because they could not get the adult to ref the games, so since they new I was a ref, I was asked to ref, and I new to respond when called on, and I recruited 12 kids all between 7-14 to ref the games and gave clinics before the season, and got the shirts and whistles and taught them mechanics and how to blow the whistle like they mean it as we took turns in a circle taking turns learning how to blow the whistle like it should be blown. During the games, I took turns running up and down the court right next to each ref to make them feel comfortable and not one of them felt uncomfortable with me doing this. They really did a good job. Problem is, after applying to the CIA, someone made me not be the coach of the Indiana Hoosiers, Gene Hackman, but the assistant coach, who was a drunk and his son was ashamed of him and so was everyone else. My son told me last week that most kids who had a father like me, would probably commit suicide. And me and him mentored a minority kid when they were both in second grade for two years, and he will remember it for life, but he told me this, and I already knew this for the past 12 years since this all started. How can someone keep picking me off and hurting my children, and it is so obvious and traceable that even the NSA or IC3 could not hide what has been done to me electronically. I have printed out most of what has happened, and that is know as well, and each page.

If you think a man or guy who prayed for himself last and usually fell asleep before he got to himself, and built a church outreach program pro bono on a dollar budget in his life, and lead an UpWards program, mentored a Minority kid the same age of his own kid, and hired minorities in his business without public requirements, and coached 12 of his kids teams and felt like I was the least who was capable in my environment and sweated bullets each practice and game, and was a HS Umpire and Basketball Ref for ten years, and was a Government Contractor for 25 years wants to have an Issue with the CIA,

when I worked for Kevin Costner and Arnold Palmer, literally, you must be the one who is loco. I don't mind being an assistant coach when needed, but someone made me the Hoosiers assistant coach, and I will die before I let the people who did this to me stick that landing with me and my children and my entire family. Someone disgraced me, and I don't know what can ever make me not play on the offense of that side of the equation. This is not a threat, this is a cry out, guys like me write precedents in the law, and if not the legal system, some other way to will get from the one yard line into the endzone, and in my mind there is countless downs, and I'm dumb enough to keep carrying the ball. I don't want this complaint, but I must redeem myself of what has been done to me and my children. My kid's cups ran over, and someone put holes in their cups, and the only way to fill them is with stained glass, and I say this with hope but with passion and effort, and to me, effort surpasses talent, because effort means what it says, but only one out of ten would ever read my writing correctly.

# Brandon Hart's Relief and What he is Seeking:

**Lost Wages: 2,965,062,500  Almost 3 Billion.  Punitive Damages 750,000,000 and a correct FOIA response and an explanation of my CIA application.  I will provide a detailed explanation of how these amounts are just, and supported by CPAs who provide Financial Statements and Compilations for Commercial Construction Contractors, and Construction Consultants, Surety Companies, Architects, Engineers, Government department representatives, and competitors who saw me as their equal.  The amount Im suing for is not a made up number and can only be refuted by cutting it in half, and that is exactly what they have done to me, but have decreased me down to Zero and will not stop their efforts for one second and all happened after I applied to the CIA.**

**If this was not a genuine CIA application, then I would like the CIA to let me know, Im not a fool, but I have been fooled, and someone used the biggest name in the world "The CIA" and did this illegally and we will seek who did this because it is illegal, and falls under National Security Concerns, and seek your damages done to you from them, and/or make good for what happened to you and your family at no just cause of your own.**

**The CIA can attach the FOIA response, and the Administrative claim in their response.  I have copies but would like to see their files.**

# In Closing

When I was in college at ECU and moved there from NY, I was targeted on many occasions.  I was jumped by 5 guys who all new how to fight very well.  My two friends ran, and I fought them for 30 minutes in a street downtown, 500 yards from the University where 13 bars are all side by side, and fought in the middle of the street for 30 minutes and with every punch I threw I was hit in the back of the head, and could not wash my hair for over a week.  My friends corroborate this story and drove back to the scene afterwards and looked in dumpsters for me because they saw how bad the fight looked.  I was targeted by their police department as well, and told the FBI about this.  I was pushed out of a bar that I frequented and never paid the coverage charge because I knew the bouncer brother, but this one night, I was with a friend and a new bouncer not only would not let us in, he for no reason literally pushed us both out the front door and two police officers were immediately there the second we exited the threshold, and slammed against the brick wall and arrested and brought to jail.  I was let out of jail around 4:00 AM and walked 5 miles homes but felt drugged the entire walk home, and a homosexual older man asked me if I wanted a ride and he put his hand on my privates and asked me if I wanted a blow job.  This was a staged incident.  This was only five days after receiving a traffic ticket and I drove with a NY license plate.  This officer's name is equivalent to the name Lee and the name has a big history in NC.   I had many other incidents in ECU and many incidents ever since.

The COWARDS who have done this to me for the past 12 years are nothing but COWARDS, regardless of who they work for.

They have used resources that only departments and organizations have at the highest level of intelligence and is equal to 1000 men fighting one man, just like what happened at ECU. They have used every type of warfare against me, and AI, but we are now in the boxing rink together and they are not allowed to use their resources any longer, and I will never let them out of the rink. I am doing this legally and everything they have done is Federal Crimes and State Crimes and as unethical as possibly could be. However, I am being drugged all the time and so are my children, and Im surprised Im still alive. My bottom legs are so swollen and is a major sign of poisoning and I have all other symptoms of poisoning and so do my children.

See attached FBI Female Agent, and Photo of me and my swollen legs.





Paragraph 🖫 | Styles 🖫 | Editing

99+   5   99+

Discover   Highlights   Search   Likes   Matches   Events   **Power up**

# Matches

Profile is unavailable

### Heidi   @  ...

Jani
Hey Natalie, are you s...

toa certainty.

Anyway, hope you're having a good
evening. I'm hitting the hay. I have a
needle to find in the morning very
early as I am working on a big box
store and a few others and must
catch up

Heidi ○
Good Morning Heidi, ...

Have a good one....

Jan 4, 10:12 AM

Colleen•
I agree.... I guess you

Hi Brandon. Hope your holidays
were good. Mine were quiet. I
never go on this site. I went on it for
a day over a year ago lol. It's giving
me a free reply lol. Here is my
email. heidimkellers@gmail.com

Rachele ○
My brothers daughter...

10:12 AM

Cb
Profile is unavailable

Jan 10, 10:14 AM

HappyHiker
Profile is unavailable

Hi Heidi, emailing sounds much
better, how about you email me at
brandondavidhart@gmail.com. It
seems like I only use my business

Kern
Didnt mean to write a...

Jyteach ○

Your turn







The morning after being at Rudys Bar in Cary, I could not talk coherently. I dictate into my tape recorder on a daily basis, and that morning I dictated into the microphone and I could not stop sluring my words like I had a stroke of some sort, or I was majorly on some sort of drug. I went to a UNC hospital because I knew I had been drugged many times before but never tested and this was my opportunity. I let the doctor in the ER know that I felt like I was drugged the night before and wanted to get tested. I asked him if he could look into my eyes and see if I have signs of being drugged, but he said that would not tell me and I have this recorded. He has me take a urine test and that was it, and it came back with no signs of drugs or issues. The people who have done this to me can pull off anything. I know for 100% I was drugged that night, and I know for a fact my children are drugged as well. It would be more difficult if I was the only one drugged to notice it, but am an involved father, and I know my kids have been drugged as well, and its because we eat and drink the same things. Even though I have a current lawsuit with the FBI, I let them know of this each time and nothing changes and just more drugging and torture by the ones who area COWARDS.

Submitted By: Brandon Hart, Pro Se     9/1/2025

Signature: *Brandon Hart*     9/1/2025